IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00425-MSK-MJW**

CHRISTOPHER M. ROE, et al.,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the United States' Unopposed Motion to Vacate Final Pretrial Conference Until Decision on Pending Dispositive Motions and Certificate of Compliance with D.C.COLO.L.Civ.R 7.1A and 6.1D (docket no. 135), is GRANTED, and the final pretrial conference scheduled for July 12, 2005 is vacated.

Date: July 7, 2005