IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00425-MSK-MJW

CHRISTOPHER M. ROE, and
KELLY A. ROE,

      Plaintiffs,

v.

UNITED STATES OF AMERICA,

      Defendant.

## ORDER DENYING MOTION AND DEMAND TO ADD OR AMEND FINDINGS OF FACT AND LAW (#148)

THIS MATTER comes before the Court on a motion **(#148)** filed by the Plaintiffs which essentially seeks reconsideration of the Court's Order **(#139)** on the parties' dispositive motions. The Court

**FINDS** and **CONCLUDES** that:

On September 19, 2005, the Court granted the Defendant's motions to dismiss and for summary judgment, and denied the Plaintiff's motion for summary judgment. **(#139).** The Plaintiffs moved **(#141, #143)** for reconsideration of that Order. On November 7, 2005, the Court denied one of the motions for reconsideration but granted the other. **(#147)**. However, the Court declined to order any further relief.

The same date that the Court ruled upon the motions for reconsideration, the Plaintiffs filed a motion entitled "Motion and Demand to Add or Amend Findings of Fact and Law re: Order Granting Respondent's Motion for Summary Judgment and Denial of Complainants'

Motion for Summary Judgment." **(#148)**. Such motion was not filed electronically and the Court did not receive it until after it had ruled on the previously filed motions to reconsider. In their motion, the Plaintiffs ask the Court "to provide additional findings of facts and conclusions at law regarding" the September Order.

The Court construes such motion as an additional motion for reconsideration. The Plaintiffs have not established that the Court's rulings on the summary judgment motions contained manifest errors of law or that the Court should otherwise reconsider such rulings.

**IT IS THEREFORE ORDERED** that the Plaintiffs' "Motion and Demand to Add or Amend Findings of Fact and Law re: Order Granting Respondent's Motion for Summary Judgment and Denial of Complainants' Motion for Summary Judgment" **(#148)** is **DENIED**.

Dated this 12th day of January, 2006

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge